JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE,<br><br>　　　　　*Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER J. TAKISHITA, OFFICER C. PEREIRA DOES 1 TO 25, inclusive<br><br>　　　　　*Defendants.*<br>_____ | **CASE NO. CV08-1686 VBF (PLAx)**<br><br>Honorable Valerie Baker Fairbank<br>Courtroom 9 Spring Street<br><br>ORDER RE DISMISSAL OF ENTIRE CASE |

　　Having read and reviewed the stipulation of the parties regarding the dismissal of the City of Los Angeles rules as follows:

　　GOOD HAVING BEEN SHOWN: IT IS HEREBY ORDERED:

　　The foregoing matter is dismissed with prejudice under FRCP 41(b).   IT IS SO ORDERED.

DATED: March 27, 2009　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Valerie Baker Fairbank, Judge
　　　　　　　　　　　　　　　　　　United States District Court

1